**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| ATLANTIC ARTS FOUNDATION, |
| *Plaintiff*, |
| v. |
| SMALL BUSINESS ADMINISTRATION, |
| *Defendant*. |

No. 22-cv-2109 (DLF)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the defendant's motion for summary judgment is **GRANTED**. It is further

**ORDERED** that the plaintiff's motion for summary judgment is **DENIED**.

**SO ORDERED**.

DABNEY L. FRIEDRICH
United States District Judge

November 21, 2020